**T. Z. GOODGOIN et al., Appellants, v. CITIZENS SAVINGS BANK & TRUST COMPANY, Appellee.**

**No. 8101.**

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Chas. Nordyke, of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BAUGH, Justice.

Judgment of the trial court was for balance due on appellants' notes and for foreclosure of deed of trust liens on lands in Lubbock county, Tex. The defense urged was usury. Essentially the same character of instruments here involved were presented in Walker v. Temple Trust Co. (Tex. Civ. App.) 60 S.W.(2d) 826, affirmed by the Supreme Court in 80 S.W.(2d) 935, wherein the contentions here made were there decided adversely to appellants. On authority of the Walker Case, therefore, the judgment of the trial court is affirmed.

Affirmed.

**J. W. GREEN et al., Plaintiffs in Error, v. H. C. GLENN, Receiver, Defendant in Error.**

**No. 8243.**

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Collins, Jackson & Snodgrass, of San Angelo, for plaintiffs in error.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for defendant in error.

McCLENDON, Chief Justice.

This case is ruled by the decision in Walker v. Temple Trust Company (Tex. Civ. App.) 60 S.W.(2d) 826, recently affirmed by the Supreme Court, 80 S.W.(2d) 935. Upon the authority of that decision, the trial court's judgment is affirmed.

Affirmed.